**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| **Intech Resources, Inc.,** ) | Case No. 10-10587-SSM |
| ) | **(Chapter 7)** |
| **Debtor.** ) | |
| ) | |

## ORDER APPROVING REJECTION OF EXECUTORY CONTRACT

This matter came before the Court on the Motion of Adaequare, Inc., by counsel, to Reject the Executory Contract, a/k/a the "Supplier Agreement," dated August 1, 2008.

Good cause having been shown, it is hereby

ORDERED that the Contract between the Debtor and Adaequare, Inc. dated August 1, 2008 is rejected.

_____           _____
Date                                                          Hon. Stephen S. Mitchell
                                                                     United States Bankruptcy Judge

I ask for this:

/s/ Gregory H. Counts
Gregory H. Counts
Tyler, Bartl, RGorman & Ramsdell, PLC
700 S. Washington St., Suite 216
Alexandria, VA 22314
Counsel to Adaequare, Inc.

Seen and _____:

_____
Kevin R. McCarthy, Trustee
1751 Pinnacle Dr.
Suite 1115
Mc Lean, VA 22102